No. 12–8575. HENRIQUES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–8576. WATKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8589. MCKINLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–8596. PINEDA-SANCHEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8602. GREEN v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 12–8606. HARMER v. BRANDON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–782. MCMASTER ET AL. v. SMALL. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* denied. Certiorari denied.

No. 12–8035. MILLER v. MCCABE, WARDEN. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–8473. GILES v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–8501. WILSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.